IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

TYRONE ALLEN,                    *
                                 *
        Plaintiff,               *
                                 *
vs.                              *    CIVIL ACTION NO. 25-00318-B
                                 *
FRANK BISIGNANO,                 *
Commissioner of                  *
Social Security,                 *
                                 *
        Defendant.               *

## JUDGMENT

In accordance with the order entered on February 5, 2026, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Defendant's unopposed motion to remand (Doc. 17) is **GRANTED**, and that the decision of the Commissioner of Social Security denying Plaintiff disability insurance benefits is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  See Melkonyan v. Sullivan, 501 U.S. 89 (1991).  The remand pursuant to sentence four of § 405(g) makes Plaintiff a prevailing party for purposes of the Equal Access to Justice Act, 28 U.S.C. § 2412, see Shalala v. Schaefer, 509 U.S. 292 (1993), and terminates this Court's jurisdiction over this matter.

**ORDERED** this **5th** day of **February, 2026.**

                                  /s/ SONJA F. BIVINS
                                 UNITED STATES MAGISTRATE JUDGE