**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **TYRONE ALLEN,** | * | |
| | * | |
|     **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION NO. 25-00318-B** |
| | * | |
| **FRANK BISIGNANO,** | * | |
| **Commissioner of** | * | |
| **Social Security,** | * | |
| | * | |
|     **Defendant.** | * | |

<u>**JUDGMENT**</u>

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff Tyrone Allen's Application for Attorney Fees under the Equal Access to Justice Act (Doc. 20) is **GRANTED in part,** and that Plaintiff is hereby **AWARDED** attorney's fees under the Equal Access to Justice Act in the amount of **$2,520.76,** payable to Plaintiff. No costs are taxed.

    **ORDERED** this **18th** day of **March, 2026.**

                                           **/s/ SONJA F. BIVINS**
                                    **UNITED STATES MAGISTRATE JUDGE**